FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 23, 2014

Colby Rideout
Assistant Criminal District Attorney
401 W. Belknap
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Leigh W. Davis
Attorney at Law
1901 Central Drive, Suite 708 LB 57
Bedford, TX 76021
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-13-00232-CR, 07-13-00233-CR
Trial Court Case Number: 0861282D, 0569309D

**Style:** Steve Herbert Speckman
v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:   Honorable David Scott Wisch (DELIVERED VIA E-MAIL)
Thomas A. Wilder (DELIVERED VIA E-MAIL)